1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12
   ZHIJUN LIU,                          )
13                                      ) No. C 06-7304 JSW
              Plaintiff,                )
14                                      )
         v.                             )
15                                      ) **STIPULATION TO DISMISS; AND**
   ALBERTO R. GONZALES, as Attorney General ) **[PROPOSED] ORDER**
16 of the United States,                )
                                        )
17            Defendant.                )
                                        )
18

19    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

21 the adjudication of Plaintiff's adjustment of status applications (Form I-485).

22    Each of the parties shall bear their own costs and fees.

23 Dated: February 5, 2007                    Respectfully submitted,

24                                            KEVIN V. RYAN
                                              United States Attorney
25

26
                                                        /s/
27                                            _____
                                              EDWARD A. OLSEN
                                              Assistant United States Attorney
28                                            Attorney for Defendants

Stip. to Dismiss
C06-7304 JSW                              1

Dated: February 2, 2007

/s/
DANIEL T. HUANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 8, 2007

JEFFREY S. WHITE
United States District Judge

Stip. to Dismiss
C06-7304 JSW           2